**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| TONIA V POLLARD | Case No. 19-11892-KHK |
| Debtor | |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements. Debtor is to be making Plan payments of $551.00 per month and has only been making partial Plan payments.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Tonia V Pollard, Case #19-11892-KHK

***Attend the hearing to be held on June 11, 2020 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Ste.400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _May 18, 2020_____              __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        300 N. Washington Street, #400
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of May, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Tonia V Pollard | John C. Morgan, Jr., Esquire |
| Chapter 13 Debtor | Attorney for Debtor |
| 15184 Cloverdale Road | New Day Legal, PLLC |
| Woodbridge, VA 22193 | 98 Alexandria Pike, Ste. 10 |
| | Warrenton, VA 20186 |

                                        __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 05/18/2020

CASE NO: 19-11892-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-7681
POLLARD, TONIA V
AKA:

DATE FILED: 06/07/2019
CONFIRMED: 10/22/2019
LATEST 341: 07/09/2019
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 07/2019
ON SCHEDULE:     5,471.00
ACTUAL PAYMENTS: 4,354.96
AMOUNT BEHIND:   1,116.04

15184 CLOVERDALE ROAD
WOODBRIDGE, VA 22193

ATTORNEY: NEW DAY LEGAL, PLLC
NEW DAY LEGAL, PLLC
98 ALEXANDRIA PIKE, STE. 10
WARRENTON, VA 20186
Phone: 540 349-3232  Fax: 540 349-1278

SCHEDULE:    551.00 MONTHLY
TOTAL PAID:    4,354.96

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 05/14/20 | BANKERS LIFE AND C | 81.00 |
| 05/11/20 | BANKERS LIFE AND C | 137.75 |
| 05/01/20 | BANKERS LIFE AND C | 137.75 |
| 04/20/20 | BANKERS LIFE AND C | 35.26 |
| 03/27/20 | BANKERS LIFE AND C | 19.70 |
| 03/17/20 | BANKERS LIFE AND C | 57.75 |
| 03/13/20 | BANKERS LIFE AND C | 115.18 |
| 03/09/20 | BANKERS LIFE AND C | 137.75 |
| 03/03/20 | BANKERS LIFE AND C | 137.75 |
| 02/24/20 | BANKERS LIFE AND C | 137.75 |
| 02/18/20 | BANKERS LIFE AND C | 137.75 |
| 02/07/20 | BANKERS LIFE AND C | 36.89 |
| 02/03/20 | BANKERS LIFE AND C | 137.75 |
| 01/21/20 | BANKERS LIFE AND C | 137.75 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 003 | 309941 | PENTAGON FEDERAL CREDIT UNION | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 340128 | SPECIALIZED LOAN SERVICING LLC | FIX | SEC 100.00 | | 476.68 4,766.80 | 25,264.13 25,264.13 | 25,264.13 25,264.13 | 0.00 0.00 | 25,264.13 0.00 |
| 002 | 347157 | CLOVERDALE OVERLOOK HOA ***NO CLAIM FILED**** | FIX-A | SEC 100.00 | 06/07/2019 3.0000 | 25.00 275.00 | 1,000.00 1,000.00 | 1,000.00 1,000.00 | 0.00 0.00 | 1,000.00 29.50 |
| 004 | 348422 | ARIS | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 400.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 005 | 349876 | VERIZON BY AMERICAN INFOSOURCE UNLISTED | PRO-A | UNS 100.00 | | 0.00 0.00 | 87.55 0.00 | 87.55 87.55 | 0.00 0.00 | 87.55 0.00 |
| 799 | | MORGAN NEW DAY LEGAL, PLLC | PRO 03/2020 | ATY 100.00 | | 0.00 0.00 | 5,296.00 5,296.00 | 3,610.00 3,610.00 | 3,610.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 230.56 | 230.56 | |
| | | TOTALS: | | | | 501.68 5,041.80 | 31,647.68 31,960.13 | 30,192.24 30,192.24 | 3,840.56 0.00 | 26,351.68 29.50 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,296.00 | 0.00 | 26,264.13 | 400.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,610.00 | 0.00 | 26,264.13 | 87.55 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 3,610.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 26,264.13 | 87.55 | 0.00 | DUE CREDITORS: | 26,381.18 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 29.50 | 0.00 | 0.00 | EXPECTED ADMIN: | 2,874.09 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 514.40 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 26,293.63 | 87.55 | 0.00 | APPROX BALANCE: | 28,740.87 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.1