UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

Tonia V. Pollard                                    Chapter 13

SSN: ###-##-7681

                                                    Case No. 19-11892-KHK

Debtor

## ORDER

It appearing from the endorsement of the Chapter 13 Trustee hereto that the Plan of this proceeding has been completed and that the previous Order of this Court requiring the employer of the Debtor to withhold and pay the amount of the Plan payment to the office of the Trustee should be terminated, it is

ORDERED, that Bankers Life be and they hereby are authorized to terminate withholding of Plan payments from the wages of the Debtor as was required of them by previous Order of this Court in this Chapter 13 proceeding, and it is further

ORDERED, that the previous Order of this Court requiring Bankers Life to withhold Plan payments from the wages of the Debtor, be and it hereby is terminated.

Dated: Jul 13 2021

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge
Entered On Docket: July 14, 2021

I Ask For This:

_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Stop Wage Order**
**Tonia V. Pollard**
**Case #19-11892-KHK**


**PARTIES TO RECEIVE COPIES**

Tonia V. Pollard
Chapter 13 Debtor
15184 Cloverdale Road
Woodbridge, VA  22193


John C. Morgan, Jr., Esquire
Attorney for Debtor
New Day Legal, PLLC
98 Alexandria Pike, Ste. 10
Warrenton, VA  20186


Bankers Life
ATTN: Payroll Office
4501 Singer Court
Suite 325
Chantilly, VA  20151


Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314